## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 19-20264

RONALD CLINTON ALLEN,

        Defendant.

_____/

## ORDER TERMINATING AS MOOT DEFENDANT'S
## MOTIONS FOR COMPASSIONATE RELEASE

Defendant Ronald Clinton Allen, pleaded guilty, to conspiracy to commit wire fraud, 18 U.S.C. §§ 371 & 1343, and money laundering, 18 U.S.C. § 1956(a)(1)(B)(i). (ECF No. 17, PageID.82.) On October 22, 2019 the court sentenced him to 40 months imprisonment. (*Id.*, PageID.82.)

Pending before the court are Defendant's "Motion for Compassionate Release" (ECF No. 22), his "Supplemental Motion for Compassionate Release" (ECF No. 28), and his "Second Supplemental Motion for Compassionate Release" (ECF No. 32.). On November 5, 2021, Defendant was released from prison. *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/mobile/find_inmate/ (last visited Dec. 29, 2021). Thus, the instant motions for compassionate release are moot.  Accordingly,

IT IS ORDERED that Defendant's "Motion for Compassionate Release" (ECF No. 22) is TERMINATED AS MOOT.

IT IS ORDERED that Defendant's "Supplemental Motion for Compassionate Release" (ECF No. 28) is TERMINATED AS MOOT.

IT IS ORDERED that Defendant's "Second Supplemental Motion for

Compassionate Release" (ECF No. 32) is TERMINATED AS MOOT.

s/Robert H. Cleland                              /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 3, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                  /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\19-20264.ALLEN.MotiontoForCompassionateRelease.AAB.docx

2